UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS HARRY JR.; and GRETCHEN C. HARRY<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC; BAC HOME LOANS SERVICING, LP; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC RECORDING SYSTEM, INC.; JOHN/JANE DOES 1-100 ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION<br><br>　　　　　　　　　Defendants. | *Courtesy Copy*<br><br>Case No.: 1:16-cv-10765-~~DPW~~ NMG |

### DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Countrywide Home Loans, Inc. ("Countrywide") and Bank of America, N.A. ("BANA"),[1] (collectively, "Bank Defendants"),[2] by and through their undersigned counsel, respectfully requests that the Court dismiss in its entirety the dismiss the March 18, 2016 Complaint ("Complaint" or "Compl.") of Plaintiffs Thomas Harry, Jr. and Gretchen C. Harry (collectively, "Plaintiffs") for failure to state a cognizable claim for relief. Because none of Plaintiffs' claims can survive Rule 12(b)(6) scrutiny, the Court should dismiss the Complaint in its entirety, with

---

[1] Plaintiffs have named BAC Home Loans Servicing, LP ("BACHLS"), an entity that is now known as Bank of America, N.A. ("BANA"), pursuant to the July 1, 2011 *de jure* merger between BACHLS and BANA. BANA responds to Plaintiffs' Complaint on behalf of its predecessor BACHLS.

[2] Bank of America Corporation ("BAC") was mistakenly included in the removal documents filed with this court on April 21, 2016. BAC has not been named as a defendant to this action, and therefore, no response is required on its behalf.

*Motion denied as moot.*
*/s/ NMGorton, USDJ 8/8/16*

Courtesy Copy
/NMG