## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS HARRY JR. and GRETCHEN C. HARRY, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No: 1:16-cv-10765-DPW |
| v. | ) ) ) | |
| COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A/ THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFCATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC RECORDING SYSTEM, INC.; JOHN/JANE DOES 1-100 ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### MOTION TO DENY REQUEST FOR NOTICE OF DEFAULT

Defendants Ditech Financial LLC, formerly known as Green Tree Servicing LLC, Mortgage Electronic Recording System, Inc. and Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificate Holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-17 (collectively "Defendants"), move that the Plaintiff's Request for Notice of Default (Dkt 22) be denied. Defendants' counsel erroneously left Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificate Holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-17 ("Bank of NYM") off of its Assented-To Motion for Extension of Time (Dkt 19). Bank of NYM would be unjustly prejudiced if it was defaulted due to a clerical error.

*Motion allowed. /s/ M Gorton, USDJ 8/8/16*

ME1 22640325v.1