UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS HARRY JR. and<br>GRETCHEN C. HARRY,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A/ THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFCATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC RECORDING SYSTEM, INC.; JOHN/JANE DOES 1-100 ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,<br>        Defendants. | Civil Action No: 1:16-cv-10765-DPW |

## MOTION TO DISMISS

Defendants Ditech Financial LLC, formerly known as Green Tree Servicing LLC ("Ditech"), Mortgage Electronic Recording System, Inc. ("MERS") and The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS, Inc. (the "Trust") (collectively "Defendants"), move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the claims asserted by Thomas and Gretchen Harry.

## INTRODUCTION

On November 22, 2005, Thomas and Gretchen Harry (collectively "Harrys") signed a note payable to Countrywide Home Loans, Inc. ("Countrywide") and a mortgage (the "Mortgage") granting MERS as nominee for Countrywide a security interest in property located

ME1 22614391v.1

*Motion denied as moot.*

*NMGorton, USDJ 8/8/16*