UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRY JR. et al<br><br>Plaintiffs<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC. et al<br><br>Defendants. | Civil Action No: 1:16-cv-10765-NMG |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' COUNTRYWIDE HOME LOANS, INC., AND BANK OF AMERICA, N.A.'S MOTION TO DISMISS [#17] AND MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS RE: 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ATTACHMENT #1 EXHIBIT A-NOTE, #2 EXHIBIT B-MORTGAGE, #3 EXHIBIT C-ASSIGNMENT OF MORTGAGE [#18]**

Plaintiffs Thomas Harry Jr., and Gretchen C. Harry, by and through their undersigned counsel, hereby respectfully submit Plaintiffs Motion To Strike Defendants Countrywide Home Loans, Inc. ("Countrywide"), and Bank of America, N.A.'s ("BANA"), Motion to Dismiss [#17] and Memorandum of Law In Support of their Motion To Dismiss and Attachment #1 Exhibit A-Note, #2 Exhibit B-Mortgage, and #3 Exhibit C [#18] with prejudice pursuant to Fed. R. Civ. P. 12(f) for lack of jurisdiction and standing to the filing of void documents with the Court, and mere legal conclusions that are not entitled to an assumption of truth. In support of this motion, Plaintiffs state as follows.

### I. INTRODUCTION

The Plaintiffs sued Defendants Countrywide and BANA, *inter alia*, for RICO fraud and TILA rescission enforcement. The Plaintiffs allege in their Complaint, and intend to prove at trial, that

1

*Motion denied as moot.*

*NMGorton, USDJ 8/8/16*