United States District Court
District of Massachusetts

| | |
|---|---|
| THOMAS HARRY JR. and GRETCHEN C. HARRY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS INC., et al.<br><br>Defendants. | Civil Action No.<br>16-10765-NMG |

**ORDER**

**GORTON, J.**

This case involves a mortgage dispute. A motion to dismiss filed by defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP and Bank of America, N.A. is pending before the Court. For the reasons set forth in this Court's Memorandum and Order (Docket No. 104) allowing the motion to dismiss filed by co-defendants Ditech Financial, LLC, Mortgage Electronic Registration Systems, Inc. and the Bank of New York Mellon, the motion (Docket No. 73) will be **ALLOWED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated November 30, 2016